UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JOHN ANDREW KONNICK**          Case No. **10-08619-BKC-3G7**

          **Debtor(s).**

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

    The trustee gives notice that he intends to sell the following property of the bankruptcy estate: one half undivided interest in the 2004 Cadillac Escalade, VIN - 3GYEK62N84G219490, for the total sum of $4,800.00, to be paid in installments of $400.00 per month to the trustee commencing January 15, 2011 and continuing on the 15th day of each month until paid in full. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

    The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October \_\_17\_\_, 2011.

                                       GREGORY K. CREWS, Trustee
                                       8584 Arlington Expressway
                                       Jacksonville, Florida 32211
                                       (904) 354-1750
                                       Florida Bar No. 172772

Mailed to creditors and parties in interest on October \_\_17\_\_, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JOHN ANDREW KONNICK**  Case No. **10-08619-BKC-3G7**

　　　　　　　　**Debtor(s).**

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 17, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory K. Crews
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-08619-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Oct 17 12:33:36 EDT 2011 | Bank of America<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | Chase<br>P.O. Box 9001871<br>Louisville, KY 40290-1871 |
| Citi Cards<br>P.O. Box 182564<br>Columbus, OH 43218-2564 | Gregory K Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| John Andrew Konnick<br>10933 S.W. 71st Circle<br>Ocala, FL 34476-5707 | Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 | PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Richard A. Perry<br>Richard A Perry, Attorney at Law<br>820 S E Fort King Street<br>Ocala, FL 34471-2320 | Regions Bank<br>P.O. Box 216<br>Birmingham, AL 35201-0216 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Wells Fargo Card Services<br>PO Box 6412<br>Carol Stream, IL 60197-6412 | Wells Fargo Financial<br>National Bank<br>P.O. Box 660431<br>Dallas, TX 75266-0431 |
| Zakheim & Associates<br>1045 South University Drive<br>Suite 202<br>Plantation, FL 33324-3333 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | (u)Paul M. Glenn<br>Jacksonville | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients   2<br>Total   20 |